66 F.3d 316
 NOTICE: Fourth Circuit Local Rule 36(c) states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Joseph L. NEMO, Plaintiff-Appellant,
v.
Mike DEMPSEY, Administrator for Medical Services; Major
Spence; Jimmy Johnson; G.L. Bass, Deputy Warden; James
Smith, Jr., Regional Administrator for the Virginia
Department of Corrections; D. Lawson, Acting Warden of
Greensville Correctional Center; Virginia Department of
Rehabilitative Services; Chairman, Virginia Board of
Corrections; Jerry Gilgore, Virginia Secretary of Public
Safety, Defendants-Appellees,
and
Food Service Department; Virginia Department of
Corrections; Ronald Angelone, Director;
Greensville Correctional Center, Unit B;
the Entire Medical Staff of
Security, Defendants.
 No. 95-6948.
 United States Court of Appeals, Fourth Circuit.
 Submitted Aug. 24, 1995.
Decided Sept. 18, 1995.
 
 Joseph L. Nemo, appellant pro se.
 PER CURIAM:
 
 
 1
 Before WIDENER, HALL and WILLIAMS, Circuit Judges.
 
 
 2
 Appellant appeals from the district court's order denying relief on his 42 U.S.C. Sec. 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Nemo v. Dempsey, No. CA-94-1617-AM (E.D.Va. June 13, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.
 
 
 3
 AFFIRMED.